James F. Kahn - 003063
Krystal M. Ahart - 029358
**BANKRUPTCY LEGAL CENTER™**
**LAW OFFICE OF JAMES F. KAHN, P.C.**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
Email:  James.Kahn@azbar.org
Email:  Krystal.Ahart@azbar.org
Attorneys for Curtis and Lorelei Miller & Miller-1, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) In Proceedings under Chapter 7 |
| | ) |
| NORMAN A. COHEN and | ) Case No. 2:15-bk-05301-PS |
| LYNN K. COHEN, | ) |
| | ) |
| Debtors. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Krystal M. Ahart, of BANKRUPTCY LEGAL CENTER™, hereby enters her Appearance on behalf of Curtis and Lorelei Miller and Miller-1, LLC, creditors and/or parties in interest of the above named Debtors. The undersigned requests that copies of all pleadings, notices, schedules and statements (including amendments), motions, orders, and any other documents, etc., filed in this matter (including the administrative case and all contested matters and adversary proceedings), consistent with Bankruptcy Rules 2002, 3017, 4001 and 9007 be served upon:

> **BANKRUPTCY LEGAL CENTER™**
> **LAW OFFICE OF JAMES F. KAHN, P.C.**
> 301 E. Bethany Home Rd., Suite C-195
> Phoenix, AZ 85012-1266
> Phone: 602-266-1717
> Fax: 602-266-2484
> Krystal.Ahart@azbar.org
> Attorney for Curtis and Lorelei Miller & Miller-1, LLC

The undersigned has added her name and address to the mailing list in this matter, and hereby requests that all future notices be mailed to her.

DATED this 31st day of December, 2015.

BANKRUPTCY LEGAL CENTER™
LAW OFFICE OF JAMES F. KAHN, P.C.

/s/ Krystal M. Ahart, SBN029358
Krystal M. Ahart
Attorney for Curtis and Lorelei Miller & Miller-1, LLC